


4

On Monday, December 21, 2020, 06:39:36 AM EST, Twyla Bosley <[redacted]> wrote:

RECEIVED JAN 1 2021

Judge Denise Hood,

RE: Inmate Arthur Payton 36747-198

Good day Your Honor. The purpose of this letter is to discuss compassion release for inmate, Arthur Payton 36747-198. My name is Twyla Payton and I am Mr. Payton wife. I am asking you to take into reconsideration to grant the Payton family and mines request to release Arthur on compassionate release. As you review Arthurs health, you will see that he has a history of numerous health issues that if he would to get sick from the COVID-19 virus it could potentially be fatal. Arthur has been clinically diagnosed with Psoriatic Arthritis, HTN, pre-diabetes, and obesity. Per the CDC if Arthur were to contract this virus he could potentially be affected by the following:

• Psoriatic Arthritis the diagnosis is an autoimmune disease which will continue to cause his body to continue to decline. An autoimmune disease affects all vital organs, LUNGS, heart, kidneys. Psoriatic Arthritis is a chronic auto disorder in which something goes wrong with the immune system which is the part of the body that fights off Viruses, bacteria and germs and creates autoantibodies that attack and destroy healthy tissue and cause death. Psoriatic Arthritis fits the criteria for COVID-19 to breed in and the body can't fight it off. I have heard him express excessive swelling in the knee and leg which comes with the Psoriatic Arthritis, which means the health is detoriation of health.

• Due to his HTN, his immune system is weaker than the normal and puts him at a higher risk of contracting the virus. Also, it has been proven that the medication he is on for this disorder may also out him at high risk of contracting the virus.

• Due to his prediabetic diagnosis, his immune response may dysfunction. Which then result in failure to control spreading of invading pathogens making him more suspectable to the infection. With this diagnosis, it is proven to have damage to one's circulatory system, which slows the healing effects to the blood from getting to and from those areas. When someone with diagnosis is fighting off the infection it leaves the body vulnerable. The inflammatory response of the body can slow the immune response to new threats.

• Due to his obesity he at risk of severe illness from COVID. It may also triple the risk of hospitalization due to COVID. Obesity is linked to impaired immune function and decreases lung capacity and reserve and make ventilation more difficult. Also, due to his obesity, he is at higher risk of death from COVID.

* It has now been brought out through various articles that African Americans has 3 times more chance of dying from COVID than any other race.

I have watched a man grow through the 6 years of knowing him and eventually marrying him. He goes to work everyday that he is needed even during the covid numbers raising in his unit. He takes advantage of every and any program available to him. He's a person that will reach out to me for any and all opinions on all decisions before he makes them. He trust my guidance when it comes to recovery in all areas of his life. We are truly devoted to Bible principles and ways of life. My husband will be able to obtain a job immediately after quarantine. He has had the training and experience that companies in WV look for. Please find this in your heart to reconsider his release and allow him to come home. As the numbers are continuing to grow at Hazelton its becoming very dangerous day by day!

If our request is granted, Arthur will reside with me at my home, in an alcohol, drug free home and Christian based living. With the training that Hazelton FCI has provided him since December 2018 and the tax breaks that has been given to the employer's felon's will be able to be hired immediately. Financial coverage will also be supplied by myself and family as needed. I will carry him on my health insurance,

and he will be able to get all health needs taken care of. We also have a plan of recovery which is through Celebrate Recovery. I am also a full-time work at home employee. We ask that you take our wish into deep consideration as the number of inmate fatalities with the same health conditions as Arthur are increasing each day that goes by. We beg that our loved one does not become one of those statistics. If for any reason you would need to reach me, [redacted]..

Thank you for your time,

Twyla Payton

FROM: L. Conner, Assistant Trust Fund Supervisor

SUBJECT: Payton, Arthur Work Reference

To Whom It May Concern, Payton, Arthur has worked for me in commissary for approximately 2 years. Commissary is the best/ highest paying job that any inmate can hold at FCC Hazelton. Over his 2 years of working for me Mr. Payton has worked his way up to the grade 1 position. This is the top paying position in commissary, and held by the hardest working and most knowledgeable worker. Mr. Payton has certainly earned this promotion through his hard work and dedication to the Commissary. He works with 100% effort daily, and always has a smile on his face while doing it. The skills he has learned while holding this position are how to stock, rotate, store, and order inventory for a multi-million dollar business. He knows how to rotate product to reduce waste due to expiration dates. He knows what amount of product to order as to not over stock on any one item based on average weekly sales. He knows how to store items neatly in a large warehouse setting so that products are easily and quickly accessible as they are needed, but not be damaged during storage or stocking process. He is also very big on sanitation. If Mr. Payton is not actively doing his job he has a mop, broom, or wash cloth in his hand cleaning up his work area. The other inmate workers look up to him, and always come to him for advice. He is a valuable worker at the FCI Hazelton Commissary, and I believe he would be a valuable worker to any business that would hire him.


Case 2:12-cr-20043-DPH-MAR ECF No. 136, PageID.1945 Filed 12/24/20 Page 4 of 4
PITTSBURGH PA 150
24 DEC 2020 PM 1 L
Happy Holi
FOREVER / USA
12/24/20
Chief Judge Denise Page Hood
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd. Room 701
Detroit, Michigan
48226
48226-278951